IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Delbert Terrill, *et al* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-00936 - TSE/JFA |
| ) | |
| John Doe, *et al* ) | |
| ) | |
| Defendants. ) | |

ORDER (proposed)

This matter is before the Court on Plaintiffs Motion to Publish Notice of Action pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(bb) and for leave to serve notice of this matter on the domain name SNN.COM by email and publication; and after considering the arguments of counsel as presented in the memorandum to this Court, it is hereby

ORDERED that the Plaintiff's Motion is GRANTED; and it is further

ORDERED that a copy of this Order be published in The Washington Times once within 14 days after entry of this Order; and it is further

ORDERED that the Defendant Domain Name is hereby advised:

A.  the Plaintiff has filed a Complaint charging the Defendant Domain Name, SNN.COM with violation of the Anticybersquating Consumer Protection Act of 1999 (the " Act) and violation of the Computer Fraud and Abuse Act. A copy of the Complaint may be obtained from the Plaintiffs attorney, Jonathan Westreich, Esq., 604 Cameron Street, Alexandria, Virginia 22314, 703-299-9050.

B. in the event that the Plaintiff prevails against the Defendant Domain Name under the Act, remedies could include the forfeiture or cancellation of the Defendant Domain Name or the transfer of the Defendant Domain Name to the Plaintiff in this action as well as money damages and an award of attorney fees; and it is further

ORDERED that any answer or other response to the Complaint should be filed with the Clerk of Court, United States District Court for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia 22314-5798 within twenty (20) ~~one~~ days from the date of publication of this Order in The Washington Times. If no appearance or pleading is filed as required by this Order, this Court may render a judgment against the Defendant Domain Name which could include the forfeiture or cancellation of the Defendant Domain Name, the transfer of the Defendant Domain Name to the Plaintiff as well as money damages and an award of attorney fees.

Entered this 10th day of August, 2018.

/s/ JFA
_____
John F. Anderson
United States Magistrate Judge

2